SCANNED

# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# 10
DATE FILED: 4/11/2011

UNITEDD STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL DEDE,

       PETITIONER,

      V.

UNITED STATES OF AMERICA,

      RESPONDENT,

:
:
:
:
:
:
:
:
:

10 Civ. 7913 (LAK)
07 Cr. 1015 (LAK)

**MOTION IN REQUEST FOR
EXTENTION OF TIME.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED #: 4/4/11

PRO SE OFFICE

Now comes Michael DeDe, petitioner in the above captioned case and hereby respectfully requests this most honorable court for an extention of time to respond due to the fact that I am not a person versed at law, and I need to provide myself with assistance to put motions together. I will recieve assistance of a paralegal in the law library and he needs time to research the issue and be able to properly address the court. Therefore petitioner is respectfully requesting and extention of time of 30 days to file his response.

Respectfully Submitted
Michael DeDe.

*Michael DeDe 4/8/11*

*Granted*

*ED*

KAPLAN USDJ

4/11/11