UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2011
```

MICHAEL DEDE,

    PETITIONER,

v.

    10 Civ. 7913 (LAK)
    07 Cr. 1015 (LAK)

UNITED STATES OF AMERICA,

    RESPONDENT,

## MOTION IN REQUEST FOR EXTENTION OF TIME.

Now comes Michael DeDe, petitioner in the above captioned case and hereby respectfully requests this most honorable court for an extention of time to respond due to the fact that I am not a person versed at law, and I need to provide myself with assistance to put motions together. I will recieve assistance of a paralegal in the law library and he needs time to research the issue and be able to properly address the court. Therefore petitioner is respectfully requesting and extention of time of 30 days to file his response.

Respectfully Submitted
Michael DeDe.
5/6/11

*Michael DeDe* (signature)

# PROOF OF SERVICE

I certify that on __5/6/11__ (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

⇔60243-054⇔
U S Attry S D N Y
ONE Saint Andrews PLZ
NEW YORK, NY - 10007
United States

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on __5/6/11__ (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_____
Signature

Dated: __5/6/11__

Rev. 09/05